UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:07-CR-00089(01)RM |
| | ) | |
| TERAY N. BUSH | ) | |

<u>ORDER</u>

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on January 28, 2008 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Teray Bush's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:   February 19, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court